Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

_____ Division

| | |
|---|---|
| Daysha Blount | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| Credit Acceptance Corportation | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

**RECEIVED**
OCT 2 1 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daysha Blount |
| Street Address | 14086 Airline Hwy Apt 2822 |
| City and County | Gonzales, Ascension Parish |
| State and Zip Code | Louisiana, 70737 |
| Telephone Number | 504-259-5050 |
| E-mail Address | dayshablount@icloud.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                              Credit Acceptance Corporation

    Job or Title *(if known)*

    Street Address                     25505 West Twelve Mile Road

    City and County                  Southfield, Oakland County

    State and Zip Code             Michigan, 48034

    Telephone Number            800-634-1506

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 USC 1692

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Daysha Blount                    , is a citizen of the

    State of *(name)* Louisiana                  .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)*                              , is incorporated

    under the laws of the State of *(name)*                                ,

    and has its principal place of business in the State of *(name)*

    _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of

    the State of *(name)* _____ . Or is a citizen of

    *(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* Credit Acceptance Corportation , is incorporated under

the laws of the State of *(name)* Michigan , and has its

principal place of business in the State of *(name)* Michigan .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Credit Acceptance Corporation has caused me emotional distress, anxiety, financial injury and problems with my family. I was diagnosed with PTSD and anxiety leaving the military and Credit Acceptance is aiding to that with its threats to constantly repossess my vehicle. I am suing for $500,000, an apology, and my invoiced items.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Louisiana

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

06/14/2020 - 10-7/2020

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Credit Acceptance Corporation has violated my rights as a federally protected consumer. Firstly, pursuant to 15 USC 1692g.(3), Credit Acceptance failed to send a statement within the first 30 days that I, Daysha Blount, Consumer, can dispute the validity of this debt or it will be assumed valid. There are also more violations committed by Credit Acceptance such as; 1692b.(5), 1692e.(11), 1692e. (10) and so forth.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Credit Acceptance has caused me financial injury/distress due constantly threatened to repossess my car. My sister is also on the car as well and her and I relationship is over due to Credit Acceptance threatening to stain her consumer report. I have to move from my current home due to irreparable injury with my relationship as well.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My requested relied as stated in my cease and desist and invoices are; an apology, zero out the balance on this account, report as paid on all consumer reports, my title lien free, and monetary compensation.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                10/20/2020

Signature of Plaintiff

Printed Name of Plaintiff        Daysha Blount

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



Daysha Blount
42241 Conifer Drive
Gonzales, LA 70737

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7019 2970 0002 2945 9703

U.S. POSTAGE PAID
PM 1-DAY
PRAIRIEVILLE, LA
70769
OCT 20, 20
AMOUNT
**$13.90**
R2305M146512-05

1006    70801

SCREENED
OK
U.S. MARSHAL

SCREENED
OK
U.S. MARSHAL

Clerk of Court
United States District Court
Middle District of Louisiana
777 Florida Street , Suite 139
Baton Rouge, LA 70801

**Overnight Priority**

PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED

**UNITED STATES POSTAL SERVICE**®

For Domestic and International Use    Label 107R, May 2014