UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAYSHA BLOUNT

VERSUS

CREDIT ACCEPTANCE CORPORATION

CIVIL ACTION

NO. 20-719-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 18, 2022 (Doc. 7), to no objection was filed;

**IT IS ORDERED** that Plaintiff's action is DISMISSED without prejudice for failure to prosecute under Local Rule 41(b).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 2, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**